## ELECTRONIC RECORD

COA #  01-12-01125-CR          OFFENSE:  21.1 (Sex Abuse of Child)

STYLE:  Gary Wayne Wilson v. The State of Texas          COUNTY:  Harris

COA DISPOSITION:  REVERSE/REMAND          TRIAL COURT:  209th District Court

DATE: 11/20/2014          Publish: YES  TC CASE #:  1068173

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Gary Wayne Wilson v. The State of Texas          CCA #:  1662-14

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: _Mar 4 2015_          SIGNED: _____          PC: _____

JUDGE: _PC; Keasler J., would grant_  PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____